# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICAELA CORRIGAN**, <br><br> Plaintiff, <br><br> vs. <br><br> **MT. DIABLO SCHOOL DISTRICT, ET AL.**, <br><br> Defendants. | Case No.: 4:23-cv-5866-YGR <br><br> **ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

By Order issued January 14, 2025, plaintiff was directed to file an amended complaint by February 7, 2025 or the action would be dismissed without prejudice for failure to prosecute. As of February 11, 2025, plaintiff has failed to do so.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**Date**: February 11, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**